**FILED**

APR 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Henry Clay,  )
    Plaintiff,  )
                )
                )
                )
  vs              )      08 0603
                )
                )
Attorney General E.T. AL  )
    Defendants.  )

MOTION PURSUANT TO 28 U.S.C. 1915(e)(1)
FOR APPOINTMENT OF COUNSEL

COMES NOW, William Henry Clay, who respectfully motions this Honorable Court to appoint him counsel pursuant to 28 U.S.C. 1951 (e)(1).

The Court should appoint counsel in this Civil Action, because of the type and complexity of this csase, as it involves legal issues that i as the Plaintiff am not trained in to pursue a challenge. I am not trained in the arts and sciences of law, and I cannot adequately represent myself in this matter. I am not in the position to investigate this case adequately, because I am in a federal prison in Atlanta, Georgia. There is also the fact that evidence in this case will consist in large part of conflicting testimony, that will require skill in the presentation of the case

4

and also, Cross-examination.

It is therefore, respectfully requested for the Court to appoint counsel in this case.

                                      Respectfully Submitted,

                                      *William Henry Clay* (signature)
William Henry Clay
Reg. No. #05445-032
USP-Atlanta
P.O. Box 150160
Atlanta, GA. 30315