UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM H. CLAY <br> Fed. Reg. #05445-032 <br> USP - ATLANTA <br> P.O. Box 150160 <br> Atlanta, GA 30315 <br><br>           Plaintiff <br>    v. <br><br> ATTORNEY GENERAL of the <br> U.S. Department of Justice <br><br> HARLEY LAPPIN, Director, <br> Federal Bureau of Prisons <br><br> KIM M. WHITE, Regional Director, <br> Federal Bureau of Prisons <br><br> WARDEN of Federal Correctional <br> Institution Manchester, Kentucky <br><br> ASSOCIATE WARDENS of Federal Correctional <br> Institution Manchester, Kentucky <br><br> SPECIAL INVESTIGATOR AGENT <br> Manchester Federal Correctional Institution <br><br> CAPTAIN, Federal Correctional Institution <br> Manchester <br><br> MORRIS A. GRUNDY, Federal Correctional <br> Officer, Federal Correctional Institution, <br> Manchester, Kentucky <br><br> IN THEIR INDIVIDUAL AND OFFICIAL <br> CAPACITIES <br><br>           Defendants. | Civil Action No.: 08-0603 (RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for federal Defendants in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **William H. Clay,** via U.S. Postage addressed as follows:

**William H. Clay**
**R# 05445-032**
**Atlanta U.S.P.**
**P.O. Box 150160**
**Atlanta, GA 30315**

      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov