6-12-08

Dear Clerk          08-603 RCL

I Have been Transferd to FCI Pekin illinoise.

I hope to pay my Filing Fee off soon.

thank you.
Truly William H. Cly

RECEIVED
JUN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT