IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILLIAM HENRY CLAY,

      Plaintiff

-v-                              Case No. 08 0603 RCL

ATTORNEY GENERAL OF THE U.S., et.al.,

      Defendants

MOTION TO WITHDRAW LAWSUIT

    NOW COMES the Plaintiff, William Henry Clay, and proceeding pro se, moves the Court to withdraw the above captioned lawsuit as improvidently filed. The Plaintiff believes he filed this action in the incorrect jurisdiction, and wishes to file in the appropriate venue.

This 22nd day of June, 2008.

                                          Respectfully Submitted,

                                          */s/ William H. Clay*

                                          William Henry Clay

                                          Plaintiff, pro se.

**RECEIVED**

JUN 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, William Henry Clay deposited this MOTION TO WITHDRAW LAWSUIT in the FCI Pekin legal mail system, bearing the proper first-class postage pre-paid, on June 22, 2008.

All statements herein are the truth, under penalty of perjury. 28 USC §1746.

Signed,

*William H. Clay*
William Henry Clay

Registration No. 05445-032

FCI PEKIN
P.O. BOX 5000
Pekin, IL  61555