# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WILLIAM HENRY CLAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 08-603 (RCL)** |
| | ) | |
| **U.S. ATTORNEY GENERAL, *et al.*** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Plaintiff is a prisoner incarcerated in the Federal Correctional Institution at Pekin, Illinois. He is proceeding *pro se* and *in forma pauperis* on an action he filed under 42 U.S.C. § 1983. Defendants have not filed an answer or any motion in this case. Plaintiff, however, has filed a "motion to withdraw lawsuit" stating that he believes he filed the action in the "incorrect jurisdiction" and "wishes to file [it] in the appropriate venue." (Mot. at 1.)

In the interest of justice and pursuant to 28 U.S.C. § 1406, this motion will be construed as a motion to transfer the case to the appropriate venue. Venue of this case is proper in the Central District of Illinois, where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(a)(2). Accordingly, pursuant to it is hereby

ORDERED that this case be TRANSFERRED to the United States District Court for the Central District of Illinois. The Clerk of Court is DIRECTED to transfer this file in accord with this Order and to close this case.

_____
/s/
ROYCE C. LAMBERTH
United States District Judge

DATE: July 2, 2008